UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case 10-62501-pjs |
| | Chapter 7 |
| HARVEY GOLDMAN & COMPANY, | Hon. Phillip J. Shefferly |
|     Debtor. | |
| STUART A. GOLD, trustee of the | Bankruptcy Adversary |
| Chapter 7 bankruptcy estate of | Proceeding Case No. 12-04848 |
| HARVEY GOLDMAN & COMPANY, | Hon. Phillip J. Shefferly |
|     Plaintiff, | |
| v. | |
| ACCURATE MACHINING, INC., | District Court |
| a Michigan corporation, | Case No. 12-CV-13565 |
| | Hon. George Caram Steeh |
|     Defendant. | |

### CONSENT JUDGMENT

Pursuant to the consent of the parties, as evidenced by the signatures of their respective counsel below, and the Court being otherwise duly advised in the premises,

**JUDGMENT** is hereby entered in favor of Stuart A. Gold, trustee of the Chapter 7 Bankruptcy Estate of Harvey Goldman & Company, against Accurate Machining, Inc. in the amount of $375,000.

The entry of this Judgment resolves all claims asserted by Plaintiff in this action.

```
                                    s/George Caram Steeh
                                    United States District Judge
Dated:  November 29, 2012

APPROVED FOR ENTRY:


JACOB & WEINGARTEN, P.C.



By: /s/ Howard S. Sher
    Howard S. Sher (P38337)
    Attorneys for Plaintiff


Sheldon S. Toll PLLC



By: /s/ Sheldon S. Toll (w/consent)
    Sheldon S. Toll (P21490)
    Attorenys for Defendant
```

2