UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case 10-62501-pjs<br>Chapter 7 |
| HARVEY GOLDMAN & COMPANY, | Hon. Phillip J. Shefferly |
| Debtor. | |

| | |
|---|---|
| STUART A. GOLD, trustee of the<br>Chapter 7 bankruptcy estate of<br>HARVEY GOLDMAN & COMPANY, | Bankruptcy Adversary<br>Proceeding Case No. 12-04848<br>Hon. Phillip J. Shefferly |
| Plaintiff,<br>v. | |
| ACCURATE MACHINING, INC.,<br>a Michigan corporation, | District Court<br>Case No. 12-CV-13565<br>Hon. George Caram Steeh |
| Defendant, | |
| and | |
| Comerica Bank, | |
| Garnishee Defendant. | |

### ORDER OVERRULING DEFENDANT'S OBJECTIONS TO GARNISHMENT

A hearing on Defendant's Objections to the Garnishment issued to Garnishee Defendant, Comerica Bank, having been held on February 11, 2013; the Court having reviewed the pleadings and considered the arguments of counsel; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Defendant's January 24, 2013 Objections to Garnishment (Docket No. 18) are hereby overruled.

IT IS FURTHER ORDERED that Garnishee Defendant, Comerica Bank, shall forthwith release and pay over to counsel for Plaintiff the $4,674.00 amount disclosed in the Bank's January 29, 2013 Garnishee Disclosure.

IT IS SO ORDERED.

Dated: 2-19-13

HONORABLE GEORGE CARAM STEEH

APPROVED FOR ENTRY:

JACOB & WEINGARTEN, P.C.

By: /s/ Debra Beth Pevos
    Debra Beth Pevos (P36196)
    Attorneys for Plaintiff

APPROVED AS TO FORM, ONLY:

Sheldon S. Toll PLLC

By: /s/ Sheldon S. Toll (w/consent)
    Sheldon S. Toll (P21490)
    Attorneys for Defendant